IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | CIVIL NO. 3:03CV589 |
| ) | (Financial Litigation Unit) |
| HOMER R. COREN, JR., ) | |
| GENEVA L. COREN, ) | |
| FLOYD A. SUMMERS, ) | |
| Defendants. ) | |

## **ORDER**

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that this case is DISMISSED without prejudice.

Signed: March 26, 2007

Graham C. Mullen
United States District Judge